**Order entered February 13, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00071-CV

**LUCIEN B. CROSLAND, Appellant**

**V.**

**RODNEY J. ROHRICH, M.D., Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-06381**

## ORDER

Before the Court is appellant's February 12, 2015, unopposed motion for extension of time to file appellant's brief. Appellant asks this Court to extend his filing deadline for thirty days. Because this case is accelerated, we **GRANT** the motion to the extent we allow appellant an additional twenty days to file his brief. *See* TEX. R. APP. P. 38.6(a). We **ORDER** appellant file his brief no later than March 17, 2015.

/s/     CRAIG STODDART
JUSTICE